Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Telephone:  (805)458-6312
Fax:  (805)489-2001

Attorney for Defendant, SOPHIA MUKENYI KIITI

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13CR00048 AWI-BAM |
| | ) | |
| Petitioner, | ) | |
| | ) | WAIVER OF APPEARANCE |
| | ) | AND REQUEST FOR ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE; ORDER |
| SOPHIA MUKENYI KIITI, | ) | |
| | ) | Date: 4/8/13 |
| Defendant. | ) | Time: 1:00 p.m. |
| _____ | ) | Dept: BAM |

TO THE HONORABLE BARBARA A. MCAULIFFE:

Defendant SOPHIA MUKENYI KIITI hereby waives her right to be present in person for the status hearing currently set for April 8, 2013 at 1:00 p.m. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney Steven L. Crawford.  This request is based upon the fact that Ms. Kiiti currently

resides in South Reno, NV and works full time and is finding it nearly impossible

to take time from here work schedule.  Ms. Kiiti has resided in Nevada for many

years.  In addition, Ms. Kiiti has been in constant contact with my office and is not

a flight risk or danger to society.  In addition, it is a financial hardship for Ms.

Kiiti in making the trip from Reno. (See attached declaration of counsel)

Dated: March 21, 2013

                          Respectfully submitted,


                          ___/S/ Steven L. Crawford_____
                          Steven L. Crawford
                          Attorney for Sophia Kiiti

## DECLARATION OF COUNSEL IN SUPPORT OF WAIVER OF APPEARANCE

I, STEVEN L. CRAWFORD, do hereby declare under penalty of perjury as follows:

1.  That I was appointed to represent Defendant SOPHIA KIITI on February 27, 2013:

2.  Ms. Kiiti and I  have had many conversations on the telephone;

3.  That Ms. Kiiti has been responsive to my phone calls and requests for information without delay;

4.  That due to the hardship financially, Ms. Kiiti asked that she be permitted to have me as his counsel appear for him *in absentia*.

Executed this 21st day of March, 2013 in Grover Beach, California.

_____/S/ Steven L. Crawford_____

STEVEN L. CRAWFORD

ORDER

The request for waiver of appearance is DENIED without prejudice.  Ms.

Kiiti has not been processed into the U.S. Marshal's system.  Ms. Kiiti is

ORDERED to report to the U.S. Marshal's office in Reno, Nevada no later than

March 29, 2013 for processing by that office.  Counsel may resubmit a request for

waiver of appearance upon confirmation submitted by defendant's counsel that

Ms. Kiiti has been processed by the U.S. Marshal.


IT IS SO ORDERED.

    Dated:   **March 25, 2013**            _____ /s/ *Barbara A. McAuliffe*

                                           UNITED STATES MAGISTRATE

JUDGE