Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
SOPHIA MUKENYI KIITI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.13CR00048 LJO SAB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER FOR |
| ) | CONTINUATION OF STATUS |
| vs.   ) | HEARING |
| ) | |
| SOPHIA MUKENYI KIITI,   ) | |
| ) | |
| Defendant.   ) | |

**It is hereby stipulated by and between** Assistant United States Attorney Kevin Rooney and attorney for the Defendant, Steven L. Crawford that the status hearing on Supervised Release violation originally set for December 12, 2016 be set on the new and different date of January 9, 2017 at 1:30 p.m. before the Honorable Court. The reason for the stipulation is that the defendant is currently employed full time and has been unable to find a replacement to work for her on that date. In addition, the defendant is relying of a third party to transport her from Reno, Nevada to the courthouse in Fresno and that transportation has been difficult to secure. She is aware of the new court date and ensures counsel that she will be able to make that appearance.

IT IS SO STIPULATED:

DATED: December 8, 2016

*/Steven L. Crawford/*
Steven L. Crawford
Attorney for Defendant
Sophia Kiiti

*/Kevin Rooney/*
Kevin Rooney
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **December 8, 2016**

UNITED STATES MAGISTRATE JUDGE